934

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*William J. Dolan*, in support of the petition.

*Ralph G. Elliot*, in opposition.

Decided October 12, 2000

## STATE OF CONNECTICUT *v.* EUGENE JOSE MARRERO

*Del Atwell*, special public defender, in support of the petition.

Decided October 12, 2000

## GEORGE A. THOMPSON, TRUSTEE *v.* DAVID ORCUTT ET AL.

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16398.

*Bruce S. Beck,* in support of the petition.

Decided October 12, 2000

STATE OF CONNECTICUT *v.* GEORGE C. TATE

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Glenn W. Falk,* special public defender, in support of the petition.

*Jessica C. Torres-Daigle,* special deputy assistant state's attorney, in opposition.

Decided October 12, 2000

PETER STANDISH ET AL. *v.* SOTAVENTO CORPORATION ET AL.

*Marni Smith Katz,* in support of the petition.

*Edward V. O'Hanlan,* in opposition.

Decided October 25, 2000

ANNMARIE KASLAITIS *v.* RICHARD J. KASLAITIS